IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLOATSUP LLC,<br><br>           Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>           Defendants. | Case No. 23-cv-15701<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Hon. Maria Valdez** |

## AGREED MOTION FOR ENTRY OF CONSENT FINAL JUDGEMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS' DOE 96 AND 97

Plaintiff Floatsup, LLC ("Floatsup") and Defendants Perfectus Inpensas Inc. (Def #96) and Quisque Ornare Inc. (Def #97) (collectively, "Defendants"), have reached a settlement agreement in the above captioned litigation and have agreed to entry of a Consent Judgment and Permanent Injunction on the terms provided in the attached Exhibits A and B. Plaintiff Floatsup and Defendants jointly request that the Court enter the Consent Judgment and Permanent Injunction in the form provided.

Dated: January 17, 2024

| | |
|---|---|
| Floatsup, LLC | Perfectus Inpensas Inc. and Quisque Ornare, Inc. |
| By: */s/ Mackenzie Paladino* | By: */s/ Michael Stanley* |
| Mackenzie Paladino, Esq. (Bar No. 6342560)<br>DONIGER / BURROUGHS<br>247 Water Street, First Floor<br>New York, New York 10038<br>mpaladino@donigerlawfirm.com<br>(310) 590-1820<br>*Attorney for Plaintiff* | Michael Stanley (Bar No. 6284055)<br>FORD BANISTER LLC<br>111 W. Jackson Suite 1700<br>Chicago, Illinois 60604<br>mstanley@fordbanister.com<br>(212) 500-3268<br>*Attorney for Defendants* |

1

**PROPOSED TO BE FILED UNDER SEAL**

**EXHIBIT A**

**PROPOSED TO BE FILED UNDER SEAL**

**EXHIBIT B**